768

KENNETT COTTON CHOPPER MANU-
FACTURING COMPANY, a Corporation,
Appellant, v. The MAYCO COMPANY, a
Corporation.

No. 14506.

United States Court of Appeals
Eighth Circuit.
Aug. 11, 1953.

Carr, Carr & Gravely, Frederick M. Woodruff and Lawrence H. Cohn, St. Louis, Mo., for appellant.

Kingsland, Rogers & Ezell, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant and consent of appellee. 101 F.Supp. 117.